PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Raul Serrano                    Cr.: 19-00222-001
                                                                      PACTS #: 5927653

Name of Sentencing Judicial Officer:   THE HONORABLE KATHARINE S. HAYDEN
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/06/2021

Original Offense:   Count One: Conspiracy to Distribute Controlled Substance, 21 U.S.C. 846

Original Sentence: 5 days imprisonment, 48 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Mental Health Treatment, Motor Vehicle Compliance

Type of Supervision: Supervised Release                Date Supervision Commenced: 04/06/2021

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   On February 9, 2022, Mr. Serrano tested positive for codeine. He denied any use of codeine or any other illicit substances.

U.S. Probation Officer Action:
The positive result was discussed with the POP team as well as with Mr. Serrano and testing has been increased. He tested negative for illicit substances on March 9, 2022, March 15, 2022, and March 23, 2022. No formal court action is requested at this time.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer
*Erika Arnone/SGM*
  By:   ERIKA M. ARNONE
        U.S. Probation Officer

/ ema

Prob 12A – page 2
Raul Serrano

APPROVED:

*Suzanne Golda-Martinez*          03/28/2022
SUZANNE GOLDA-MARTINEZ          Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____
Date